IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LAURA KICKER, TIMOTHY KICKER, MID CENTURY INSURANCE COMPANY,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Defendant. | 7:12CV5000<br><br>MEMORANDUM AND ORDER |

　　　　The parties' joint stipulation to continue the discovery deadlines, (filing no. 48), is granted as follows:

　　1)　The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is March 21, 2013. Motions to compel Rule 33 through 36 discovery must be filed by April 4, 2013.

　　2)　The deadline for identifying expert witnesses expected to testify at the trial is February 4, 2013.

　　3)　The deadlines for complete expert disclosures, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

　　　　　　For the plaintiff(s):　　　February 21, 2013
　　　　　　For the defendant(s):　　March 21, 2013
　　　　　　Rebuttal expert(s):　　　　April 1, 2013

　　4)　The deposition deadline is April 18, 2013.

　　5)　The deadline for filing motions to dismiss and motions for summary judgment is April 29, 2013.

　　6)　A telephonic conference with the undersigned magistrate judge will be held on **April 23, 2013** at **10:00 a.m.** to discuss the status of case progression, any necessary continuance of the trial and pretrial conference, and potential settlement. Counsel for plaintiff shall place the call.

December 21, 2012.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge