IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LAURA KICKER, TIMOTHY KICKER, MID CENTURY INSURANCE COMPANY,<br><br>          Plaintiffs,<br><br>     vs.<br><br>UNITED STATES OF AMERICA,<br><br>          Defendant. | 7:12CV5000<br><br>**MEMORANDUM AND ORDER** |

The parties' joint stipulation, (Filing No. 50), is granted and the final progression order is amended as follows:

1) The trial and pretrial conference are continued pending further order of the court.

2) A telephonic conference with the undersigned magistrate judge will be held on **June 18, 2013** at **11:00 a.m.** to discuss the status of case progression, potential settlement, and pretrial and trial scheduling. Counsel for plaintiff shall place the call.

3) The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is June 21, 2013. Motions to compel Rule 33 through 36 discovery must be filed by June 8, 2013.

4) The deadline for identifying expert witnesses expected to testify at the trial is February 4, 2013.

5) The deadlines for complete expert disclosures, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

    For the plaintiff(s):     April 22, 2013
    For the defendant(s):     May 22, 2013
    Rebuttal expert(s):       June 3, 2013

6) The deposition deadline is June 21, 2013.

2

7)  The deadline for filing motions to dismiss and motions for summary judgment is July 1, 2013.

8)  The deadline for filing motions to exclude testimony on *Daubert* and related grounds is July 1, 2013.

February 5, 2013.

              BY THE COURT:

              *s/ Cheryl R. Zwart*
              United States Magistrate Judge