IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LAURA KICKER, TIMOTHY KICKER, MID CENTURY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | 7:12CV5000<br><br>MEMORANDUM AND ORDER |

The court has been advised that the parties in the above-captioned matter have settled their claims. (Filing No. 60).

Accordingly,

IT IS ORDERED that the parties' joint motion, (Filing No. 60), is granted as follows:

1) Within thirty (30) calendar days of the date of this order, the parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court, together with submitting to the trial judge a draft order which will fully dispose of the case.

2) Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3) The clerk shall terminate the telephonic conference scheduled to be held before the undersigned magistrate judge on September 3, 2013, and shall email a copy of this order to Judge Kopf's chambers.

August 28, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge